**FILED**

05/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0250

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0250

PATRICK JOSEPH ADAMS,

Petitioner,

v.

PETER BLUDWORTH, WARDEN,
CROSSROADS CORRECTIONAL CENTER,

Respondent.

## ORDER

Upon consideration of Respondent's motion for a 30-day extension of time to file a response, and finding good cause therefore,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including July 7, 2020, within which to prepare, serve, and file the State's response.

DATED this _____ day of _____, 2020.

_____
Chief Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 29 2020